**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ROBERT FOGLE and DAVID P. WATSON,
Individually and on behalf of all others
similarly situated,

                Plaintiffs,                              **JUDGMENT**

    - against -                                     CV 19-6227 (JMA)(AKT)

AMERICAN CORADIUS INTERNATIONAL
LLC,

                Defendant.
-------------------------------------------------------X

        A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on March 23, 2021, granting the Defendant's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' complaint in its entirety, and respectfully directing the Clerk of Court to enter judgment and close this case, it is

        **ORDERED AND ADJUDGED** that Plaintiffs Robert Fogle and David P. Watson take nothing of Defendant American Coradius International, LLC; that Defendant's motion for judgment on the pleadings is granted; that Plaintiffs' complaint is dismissed in its entirety; and that this case is closed.

Dated: March 23, 2021
          Central Islip, New York

                                                              DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                         By:    /s/ James J. Toritto
                                                         Deputy Clerk